IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00448-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD HENTHORN,

    Defendant.

———————————————————————————————————————————

**ORDER**

———————————————————————————————————————————

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose

Grand Jury Material to Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the

bases, the Court finds that good and sufficient cause supports the same, and it is

therefore

ORDERED that the government's motion is granted, and that grand jury

testimony and grand jury documents may be disclosed to defendant and his

attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case;

that such materials are disclosed only to defendant and his attorney; that the

defense attorney

2

shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 23rd day of February, 2015.

BY THE COURT:

_____
JUDGE R. BROOKE JACKSON
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO