IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cr-00448-RBJ | Date: | March 2, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Suneeta Hazra* |
|  | *Valeria Spencer* |
|  | *Bishop Grewell* |
| **Plaintiff** | |
| v. | |
| HAROLD HENTHORN | *Craig Truman* |
|  | *Joshua Maximon* |
| **Defendant** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:59 a.m.

Appearance of counsel.

Defendant present in custody.

Status of the case discussed.

**ORDERED:**   [41] Unopposed Second Motion for an Ends of Justice Continuance is GRANTED. Speedy Trial extended to the end of October, 2015.

<u>**TEN DAY JURY TRIAL**</u> **is continued to September 14, 2015 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**ORDERED:** **[32] Defendant Henthorn's Motion for Discovery is GRANTED IN PART and DENIED IN PART. DENIED as to paragraph number seven only.**

**[33] Defendant Henthorn's Motion for Disclosure of Evidence Subject to Fed.R.Evid. 404(b) and 608 is GRANTED.**

**[34] Defendant Henthorn's Motion to Reserve Right to File Additional Motions is GRANTED.**

**<u>TWO DAY MOTIONS HEARING</u> is set for May 11, 2015 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**Response deadline (to 404(b) material): March 16, 2015.**

**Reply deadline: April 6, 2015.**

**Expert discovery deadline: July 15, 2015.**

**<u>TRIAL PREPARATION CONFERENCE</u> is set for August 28, 2015 at 2:30 p.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**Defendant is REMANDED to the custody of the U.S. Marshal.**

Court in Recess: 9:13 a.m.          Hearing concluded.          Total time in Court:   00:14