IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 14-cr-00448-RBJ-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD HENTHORN,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

IT IS ORDERED that, at the conclusion of the trial on September 22, 2015, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 21nd day of September, 2015.

BY THE COURT:

_____

R. Brooke Jackson, U.S. District Judge